In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00354-CV


____________________



IN THE MATTER OF J.A.Q.






On Appeal from the County Court at Law No. 4


Montgomery County, Texas


Trial Cause No. 08-01-00156 JV






 MEMORANDUM OPINION


 The appellant filed a motion to dismiss this appeal. The motion is voluntarily made
by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other
party filed notice of appeal. We grant the motion and dismiss the appeal.

 APPEAL DISMISSED.


 ____________________________

 HOLLIS HORTON

 Justice 

Opinion Delivered April 2, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.